JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA RUGGERI on behalf of herself and others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>　　　　　Defendant. | **Case No. 2:24-cv-03854**<br><br><br>**ORDER CONSOLIDATING RELATED ACTIONS** |
| EMILY FLESSAS, on behalf of herself individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>　　　　　Defendant. | **Case No. 2:24-cv-03867** |

-1-
[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS
4870-9766-4966.1

| | |
|---|---|
| MATTHEW KLEPPER, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>      v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>           Defendant. | **Case No. 2:24-cv-03907** |
| STEVEN JACKSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>           Defendant. | **Case No. 2:24-cv-03928** |
| ELIZABETH A. JIMENEZ, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>           Defendant. | **Case No. 2:24-cv-03946** |

-2-
**[PROPOSED] ORDER CONSOLIDATING RELATED ACTIONS**
4870-9766-4966.1

| | |
|---|---|
| STEPHANIE SARFO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>Defendant. | **Case No. 2:24-cv-03953** |
| SILAS DAVIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC.,<br><br>Defendant. | **Case No. 2:24-cv-03984** |
| JOSHUA OLUWALOWO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDA RESTAURANT GROUP, INC.; PANDA EXPRESS, INC.<br><br>Defendants. | **Case No. 2:24-cv-04035** |

The Court has reviewed the parties' Stipulation Consolidating Related Actions. Good cause appearing, the Court hereby orders as follows:

**IT IS HEREBY ORDERED THAT:**

1. The *Ruggeri, Flessas, Klepper, Jackson, Jimenez, Sarfo, Davis,* and *Oluwalowo* actions currently pending in the Central District shall be consolidated for pre-trial purposes pursuant to Federal Rule of Civil Procedure 42(a) before the Honorable Judge Stephen V. Wilson (hereafter the "Consolidated Action") and pursuant to the procedure set forth in Paragraph 5 below.

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:24-cv-03854, the number assigned to the first-filed case, and shall bear the following caption:

UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE: PANDA RESTAURANT DATA BREACH LITIGATION*<br><br>This Document Relates To: | Master File No. 2:24-cv-03854 |

3. The case file for the Consolidated Action will be maintained under Master File No. 2:24-cv-03854. (the "Master File"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall

appear immediately after the words "This Document Relates To:" in the caption above.

4.  When a pleading is not intended to apply to all actions, the docket number for the individual action to which the paper is intended to apply and the last name of the first named plaintiff in said action shall appear immediately after the words, "This Document Relates To:" in the caption identified above, for example, "2:24-cv-03854 (Flessas)."

5.  Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action may, if appropriate, be consolidated with the Consolidated Action for pre-trial purposes pursuant to the procedure set forth below. In the event such an action is subsequently filed, transferred, or removed to this Court:

a.  The parties in the Consolidated Action that contend a subsequently filed or transferred action should be related and/or consolidated shall file a Notice of Related Cases pursuant to C.D. Cal. Civ. L.R. 83-1.3.1 and shall indicate whether the new case might properly be consolidated with the Consolidated Action.

b.  Plaintiffs' counsel in the Consolidated Action shall promptly email a copy of this Order to counsel for the plaintiff(s) in each subsequently filed or transferred related actions, to counsel of record for Panda, and to counsel for any

defendants in each such action not already a party to any action previously consolidated.

    c.    Promptly thereafter, upon notice to counsel for the parties in each such action, counsel for the party(ies) in the Consolidated Actions seeking relation and/or consolidation of the subsequently filed or transferred action shall submit to the Court a proposed order relating and/or consolidating any such action.

    d.    Any party objecting to the relation and/or consolidation of such a subsequently filed or transferred action shall, within 14 days after the date upon which such a copy of this Order is emailed by Plaintiffs' counsel in the Consolidated Action to counsel for such party, file and serve an objection to the proposed relation and/or consolidation, and any party seeking relation and/or consolidation may file and serve a response to the objection within seven (7) days thereafter.

    e.    If the Court determines that the cases shall be related and/or consolidated, the clerk shall make an appropriate entry in the Master File docket and in any other applicable dockets

6.    The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

7. The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

8. When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another court, the Clerk of this court shall:

   a. File a copy of this Order in the separate file for such action;

   b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

   c. Make the appropriate entry in the Docket for the Consolidated Action.

9. Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently-filed or transferred related action.

10. Plaintiffs shall file a Consolidated Complaint no later than thirty (30) days following entry of an order approving this stipulation; and

11. Defendant shall file responsive pleadings no later than thirty (30) days following the filing of the Consolidated Complaint.

12. All current deadlines set in the *Flessas, Klepper, Jackson, Jimenez, Sarfo, Davis,* and *Oluwalowo* actions are vacated.

**IT IS SO ORDERED** on this ___14th___ day of ___June___, 2024.

_____
**HON. STEPHEN V. WILSON**
**UNITED STATES DISTRICT JUDGE**